THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Kern, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MARK McGOWAN, et al., | Case No. 1:15-cv-01365-DAD-SKO |
|---|---|
| Plaintiffs, | **JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION TO AMEND; ORDER** |
| vs. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

    COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

    1.    Plaintiffs noticed the deposition of Defendant Nicholas Clerico for September 13, 2016. Defendants have proposed to postpone Defendant Clerico's deposition until after his criminal trial. Defendant Clerico's criminal trial is scheduled for November 7, 2016, and is expected to last two weeks. Defendant Clerico will assert his Fifth Amendment right until the conclusion of the criminal

trial. Defendant Clerico intends to file a motion to stay the taking of his deposition if Plaintiffs do not voluntarily agree. Non-expert discovery is currently scheduled to close on January 2, 2017.

2. Regarding the scheduling of Clerico's deposition, Plaintiffs have a concern related to the deadline to file Plaintiffs' motion to amend, currently scheduled at November 14, 2016. Plaintiffs believe that it is necessary for Defendant Clerico's deposition to be taken before they prepare and file their motion to amend. To give time for the deposition to be scheduled, for a transcript to be prepared, and for the motion to amend to be prepared based on the transcript, Plaintiffs propose an extension of the motion to amend deadline by around 60 days. If this proposal is accepted, then Defendant Clerico's deposition can be rescheduled without prejudice to any party.

3. Accordingly, the parties jointly request an extension of the motion to amend deadline to January 14, 2017. Good cause is based on Defendant Clerico's criminal trial schedule and his intention to invoke the Fifth Amendment. Further, no party will be prejudiced by the proposal, and the continuance will ensure that each side has a fair opportunity to conduct discovery. Finally, the requested continuance is not excessive, the request is made well in advance of the deadline that is requested to be continued, and no other dates or deadlines will be disturbed.

4. In the event that Defendant Clerico's criminal trial is continued for any reason – a factor over which the parties have no control – the parties may request additional relief.

5. A proposed order is submitted herewith. The parties jointly request that the Court enter the proposed order.

//
//
//
//

1
2  SO STIPULATED.[1]
3  DATED: August 30, 2016          LAW OFFICE OF THOMAS C. SEABAUGH
4
5
6                                  By          */s/ Thomas C. Seabaugh*
7                                     Thomas C. Seabaugh
                                      Attorneys for Plaintiffs
8
   DATED: August 30, 2016          THERESA A. GOLDNER, COUNTY COUNSEL
9
10
11
12                                 By          */s/ Kathleen Rivera*
                                      Kathleen Rivera, Deputy County Counsel
13                                    Attorneys for Defendant County of Kern
14 DATED: August 30, 2016
15                                 WEAKLEY & ARENDT, LLP
16
17
18                                 By          */s/ Leslie Dillahunty*
19                                    Leslie Dillahunty
                                      Attorneys for Defendant Clerico
20
21
22
23
24
25
26 ─────────────
27  [1] The signatures of attorneys Leslie Dillahunty and Kathleen Rivera on this stipulation were authorized by emails dated August 30, 2016.
28

# ORDER

Based on the above stipulation, and good cause having been shown under Fed. R. Civ. 16(b)(4), the Court hereby GRANTS the parties' request to modify the Scheduling Order (Doc. 49). Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than January 14, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                               /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE