THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

CHAIN COHN STILES
David K Cohn, Esq., SBN 68768  | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1430 Truxtun Ave., Suite 100
Kern, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK McGOWAN, et al., | Case No. 1:15-cv-01365-DAD-SKO |
| Plaintiffs, | **ORDER ON JOINT STIPULATION FOR CONTINUANCES OF CERTAIN SCHEDULED DATES** |
| vs. | |
| COUNTY OF KERN, et al., | (Doc. 67) |
| Defendants. | |

## ORDER

Having reviewed the parties' "Joint Stipulation for Continuances of Certain Scheduled Dates" (Doc. 67), and good cause having been shown under Fed. R. Civ. P. 16(b)(4), the Court GRANTS IN PART the stipulation and MODIFIES the Scheduling Order (Doc. 49) as follows:

//

|  | Current Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | January 2, 2017 | February 3, 2017 |
| Motion to Amend | January 14, 2017 | February 17, 2017 |
| Expert Disclosures | February 10, 2017 | February 24, 2017[1] |
| Rebuttal Expert Disclosures | March 3, 2017 | March 10, 2017[2] |
| Expert Discovery Cutoff | March 24, 2017 | March 31, 2017[3] |
| Non-Dispositive Mtn. Filing | March 29, 2017 | April 4, 2017[4] |
| Non-Dispositive Mtn. Hearing | May 10, 2017 | same as current[5] |
| Dispositive Mtn. Filing | April 4, 2017 | same as current[6] |
| Dispositive Mtn. Hearing | May 16, 2017 | same as current[7] |

//

---

[1] The parties proposed March 10, 2017, as the deadline for initial expert disclosures. To allow the parties adequate time to designate experts, conduct discovery, and file their dispositive and non-dispositive motions, and to allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced.

[2] The parties proposed April 3, 2017, as the deadline for "Suppl." (rebuttal) expert disclosures. To allow the parties adequate time to designate experts, conduct discovery, and file their dispositive and non-dispositive motions, and to allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced.

[3] The parties proposed April 24, 2017, as the deadline for expert discovery. To allow the parties adequate time to conduct discovery and file their dispositive and non-dispositive motions, and to allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced.

[4] The parties proposed May 1, 2017, as the deadline for filing non-dispositive motions. To allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced.

[5] The parties proposed June 9, 2017, as the deadline for hearing non-dispositive motions. To allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced and remains as currently set.

[6] The parties proposed May 8, 2017, as the deadline for filing dispositive motions. To allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced and remains as currently set.

[7] The parties proposed June 16, 2017, as the deadline for hearing dispositive motions. To allow the Court adequate time to rule on those motions in advance of the Pretrial Conference, the proposed date has been advanced and remains as currently set.

This modification does not change any other existing scheduling deadlines, including the Pretrial Conference and Trial dates, which remain on July 17, 2017, and September 19, 2017, respectively.

IT IS SO ORDERED.

Dated:     **November 21, 2016**                         /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE