UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, individually and as successor-in-interest to Nancy Joyce Garrett, deceased; DEBORAH BLANCO, individually and as successor-in-interest to Nancy Joyce Garrett,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1-100,<br><br>Defendants. | CASE NO. 1:15-CV-01365-DAD-SKO<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES**<br><br>**(Doc. 77)** |

Before the Court is the parties' Joint Stipulation for Continuance of Certain Scheduled Dates (the "Request"), in which the parties request a modification to dates in the scheduling order for this case. (Doc. 77.) Good cause having been shown, the Court GRANTS this Request. (*Id.*)

Accordingly, the Court modifies the Scheduling Order for this case as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Cutoff | August 11, 2017 |
| 2. | Motion to Amend | April 28, 2017 |
| 3. | Expert Disclosures | August 18, 2017 |
| 4. | Supplemental Expert Disclosures | September 1, 2017 |
| 5. | Expert Discovery Cutoff | September 22, 2017 |

| | | | |
|---|---|---|---|
| 6. | Non-Dispositive Motion Filing | | September 26, 2017 |
| 7. | Non-Dispositive Motion Hearing | | November 1, 2017 |
| 8. | Dispositive Motion Filing | | September 26, 2017 |
| 9. | Dispositive Motion Hearing | | November 7, 2017 |
| 10. | Settlement Conference | | December 19, 2017, at 10:30 a.m. |
| 11. | Pre-Trial Conference | | January 22, 2018, at 1:30 p.m. |
| 12. | Trial | | March 20, 2018, at 1:00 p.m. |

IT IS SO ORDERED.

Dated:   **January 27, 2017**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

2