CHAIN COHN STILES
Matthew C. Clark, Esq., SBN 218784 | mclark@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA  93301
Telephone: (661) 323-4000
Facsimile:  (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, individually and as successor-in-interest to Nancy Joyce Garrett, deceased; DEBORAH BLANCO, individually and as successor-in-interest to Nancy Joyce Garrett,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1-100,<br><br>　　　　　　Defendants. | CASE NO. 1:15-CV-01365-DAD-SKO<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES**<br><br>(Doc. 79) |

**ORDER**

Pursuant to the parties' stipulation (Doc. 79), and good cause appearing, the Court hereby ENLARGES the time in which to file any motions or stipulations requesting leave to amend the pleadings to June 5, 2017.

//

//

1   All other dates in the Court's "Order on Joint Stipulation for Continuance of Certain
2   Scheduled Dates" (Docket No. 78) will remain the same.
3
4   IT IS SO ORDERED.
5
6   Dated:   **March 28, 2017**                             /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE