**KOSNETT LAW FIRM**
Louis V. Kosnett (SBN 299421)
11355 W. Olympic Boulevard, Suite 300
Los Angeles, CA 90064
Telephone (310) 445-5900
Facsimile (424) 238-2257

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, individually and as successor-in-interest to Nancy Joyce Garrett, deceased; DEBORAH BLANCO, individually and as successor-in-interest to Nancy Joyce Garrett,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1-100,<br><br>Defendants. | **ORDER RE JOINT STIPULATION FOR CONTINUANCE OF CERTAIN DATES**<br><br>**Case No: 1:15-cv-01365−DAD−SKO**<br><br>**(Doc. 92)** |

The Court, having reviewed the stipulation by the parties (Doc. 92), and good cause appearing, it is hereby ORDERED that:

1. The deadline for expert disclosures is EXTENDED to September 1, 2017;
2. The deadline for rebuttal expert disclosures is EXTENDED to September 8, 2017;
3. The deadline to complete expert discovery is EXTENDED to September 29,

2017;

4. The deadline for the parties to file non-dispositive motions is EXTENDED to October 3, 2017, to be heard on or before November 1, 2017, as previously set; and

5. The deadline for the parties to file dispositive motions is EXTENDED to October 10, 2017, to be heard on or before November 7, 2017, as previously set.[1]

These extensions do not alter any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **August 16, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Although not requested by the parties, the deadlines for filing dispositive and non-dispositive motions have been extended to accommodate the parties' requested extensions of the expert discovery deadlines.