CHAIN COHN STILES
Matthew C. Clark, Esq., SBN 218784 | mclark@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, individually and as successor-in-interest to Nancy Joyce Garrett, deceased; DEBORAH BLANCO, individually and as successor-in-interest to Nancy Joyce Garrett,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1-100,<br><br>Defendants. | CASE NO.1:15-CV-01365-DAD-SKO<br><br>**ORDER ON JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES**<br><br>**(Doc. 94)** |

## **ORDER**

Before the Court is a stipulation among the parties (Doc. 94). Having reviewed the parties' stipulation, and good cause appearing, the Court adopts the stipulation and modifies the case schedule as follows:

//

|  | Current Date | New Date |
|---|---|---|
| Expert Disclosures | 9/1/17 | 9/8/17 |
| Rebuttal Expert Disclosures | 9/8/17 | 9/15/17 |
| Expert Discovery Cutoff | 9/29/17 | 9/29/17 (no change) |

IT IS SO ORDERED.

Dated: **August 31, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE