CHAIN COHN STILES
Matthew C. Clark, Esq., SBN 218784 | mclark@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, individually and as successor-in-interest to Nancy Joyce Garrett, deceased; DEBORAH BLANCO, individually and as successor-in-interest to Nancy Joyce Garrett,<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1-100,<br><br>            Defendants. | CASE NO.1:15-CV-01365-DAD-SKO<br><br>**ORDER ON JOINT STIPULATION TO VACATE MANDATORY SETTLEMENT CONFERENCE HEARING** |

## **ORDER**

Before the Court is a stipulation among the parties. Having reviewed the parties' stipulation, and good cause appearing, the Court adopts the stipulation and modifies the

///

-1-

case schedule as follows: The Settlement Conference scheduled for December 19, 2017 is hereby vacated. However, the parties are advised that the settlement conference may be re-set after the Court's decision on the motion to amend is decided.

IT IS SO ORDERED.

Dated: **November 29, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000