1 MARGO A. RAISON, COUNTY COUNSEL
By: Kathleen S. Rivera, Deputy (SBN 211606)
2 Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
3 Bakersfield, CA 93301
4 Telephone 661-868-3800
Fax 661-868-3805
5

6 Attorneys for Defendant County of Kern

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK MCGOWAN, INDIVIDUALLY AND AS SUCCESSOR-IN-INTREST TO NANCY JOYCE GARRETT, DECEASED; DEBORAH BLANCO, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO NANCY JOYCE GARRETT;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1 – 100;<br><br>Respondents. | Case No.: 1:15-cv-01365 DAD SKO<br><br>JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES |

## JOINT STIPULATION

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. This case was previously scheduled to begin jury trial on April 21, 2020. (Doc. 112).

1

2. On October 17, 2019, this court issued a minute order, continuing the jury trial to May 5, 2020, due to the unavailability of the court. (Doc. 117).

3. Counsel for defendant Nicholas Clerico has a conflict with the new trial date of May 5, 2020. Specifically, counsel for defendant Clerico is beginning a jury trial in Tulare Superior Court on May 18, 2020, lasting two weeks, followed by a jury trial in Fresno Superior Court on June 1, 2020 lasting two weeks.

4. All parties agree that good cause exists to amend the scheduling order to allow a short continuance of the scheduled jury trial in order to accommodate counsel's conflict.

5. The parties propose a new trial date of **July 14, 2020**.

6. Given the new trial date, the parties further stipulate that good cause exists to continue the dates for filing of dispositive and non-dispositive motions for the following reasons:

- The parties previously mediated this case with a private mediator in May of 2017, which was unsuccessful;
- The parties wish to mediate this case again, and have been in contact with Magistrate Oberto's chambers regarding using Judge Friedman of the Kern County Superior Court as a mediator. Unfortunately Judge Friedman has informed the parties he is not able to mediate the matter, and the parties are currently conferring to choose a mediator;
- The parties wish to avoid the time and expense of drafting dispositive and non-dispositive motions until after they have exhausted their settlement efforts;
- The parties stipulate and request the court to set a new deadline of January 14, 2020, for the filing of dispositive and non-dispositive motions.

7. The parties further stipulate and request the court to **VACATE** and reset in accordance with the court's calendar the scheduled dates for: hearings for non-dispositive motions and dispositive motions, the settlement conference and the pre-trial conference.

8. The parties therefore stipulate and propose the following amendments to the case schedule in this matter:

| Event/Deadline | Existing Date | Stipulated New Date |
|---|---|---|
| Non-Dispositive motions-Filing | November 5, 2019 | January 14, 2020 |
| Dispositive motions-Filing | November 5, 2019 | January 14, 2020 |
| Non-Dispositive Motion-Hearing | December 4, 2019 | To be set by court |
| Dispositive Motion-Hearing | December 17, 2019 | To be set by court |
| Settlement Conference | June 9, 2020 | To be set by court |
| Pre-Trial Conference | February 24, 2020 | To be set by court |
| Trial | May 5, 2020 | July 14, 2020 |

9. A proposed order is submitted herewith. The parties jointly request that the Court enter the proposed order.

SO STIPULATED.

Dated: October 30, 2019        MARGO A. RAISON, COUNTY COUNSEL


                               By: /S/ Kathleen S. Rivera
                                   Kathleen S. Rivera, Deputy
                                   Attorneys for Defendant County of Kern

3

| | | |
|---|---|---|
| 1 | Dated: October 30, 2019 | CHAIN, COHN, STILES |
| 2 | | |
| 3 | | By: /S/ Matthew C. Clark |
| 4 | | MATTHEW C. CLARK<br>Attorney for the Plaintiffs |
| 5 | Dated: October 30, 2019 | THE LAW OFFICE OF THOMAS C. SEABAUGH |
| 6 | | |
| 7 | | By: /S/ Thomas C. Seabaugh |
| 8 | | THOMAS C. SEABAUGH<br>Attorney for the Plaintiffs |
| 10 | Dated: October 30, 2019 | WEAKLEY & ARENDT, LLP |
| 12 | | By: /S/ James Weakley |
| 13 | | JAMES D. WEAKLEY<br>Attorney for Defendant Clerico |

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 118), for good cause shown, the scheduling order dates are MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Dispositive Motion Filing | November 5, 2019 | January 14, 2020 |
| Non-Dispositive Motion Hearing | December 4, 2019 | February 12, 2020 |
| Dispositive Motion Filing | November 5, 2019 | January 14, 2020 |
| Dispositive Motion Hearing | December 17, 2019 | March 3, 2020 |
| Settlement Conference | January 9, 2020 | March 24, 2020, at 10:30 a.m. |
| Pretrial Conference | February 24, 2020 | May 18, 2020, at 1:30 p.m. |
| Trial | May 5, 2020 | July 14, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **November 4, 2019**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE