1 | **MARGO A. RAISON, COUNTY COUNSEL**
2 | **By: Kathleen S. Rivera, Deputy (SBN 211606)**
  | **Kern County Administrative Center**
3 | **1115 Truxtun Avenue, Fourth Floor**
  | **Bakersfield, CA 93301**
4 | **Telephone 661-868-3800**
  | **Fax 661-868-3805**
5 |
6 | **Attorneys for Defendant County of Kern**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGOWAN, INDIVIDUALLY AND AS SUCCESSOR-IN-INTREST TO NANCY JOYCE GARRETT, DECEASED; DEBORAH BLANCO, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO NANCY JOYCE GARRETT; | Case No.: 1:15-cv-01365 DAD SKO |
| | JOINT STIPULATION FOR CONTINUANCE OF CERTAIN SCHEDULED DATES; ORDER |
| Plaintiffs, | (Doc. 120) |
| v. | |
| COUNTY OF KERN, a municipality; NICHOLAS JOHN CLERICO, an individual; and DOES 1 – 100; | |
| Respondents. | |

### JOINT STIPULATION

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. The parties previously stipulated to continue certain dates in this matter. Specifically, all parties wished to pursue a second mediation prior to the filing of dispositive motions and non dispositive motions, and therefore stipulated to continue the dates for the filing of such motions, to allow time for mediation.

1

Joint Stipulation for Continuance of Certain Scheduled Dates; Order, 1:15-cv-01365 DAD-SKO

2. The parties submitted a Stipulation (Doc. No. 118) which was signed by this court on November 11, 2019 (Doc. No. 119).

3. This Order, Doc No. 119, set Jan. 14, 2020 for the filing date for dispositive motions and non dispositive motions.

4. Counsel for the parties agreed to use retired Kern County Superior Court Judge Friedman to mediate the matter, however due to his contractual agreement with Kern County Superior Court, Judge Friedman was ultimately unable to serve as mediator.

5. Counsel began discussions to choose another mediator, but due to the holidays, this process was delayed somewhat. Counsel intend to complete mediation by mid February of 2020.

6. Therefore, because all counsel wish to save the time and resources which will be spent on pursuing their respective motions, all counsel stipulate to continue the deadline for the filing of such motions, in order to attempt to meaningfully settle this matter.

7. The parties further stipulate and request the court to **VACATE** and reset in accordance with the court's calendar the scheduled dates for: hearings for non-dispositive motions and dispositive motions, the settlement conference and the pre-trial conference.

8. The proposed stipulation does not disturb the dates for the pre trial conference on May 18, 2020 or the trial on July 14, 2020.

9. The parties therefore stipulate and propose the following amendments to the case schedule in this matter:

| Event/Deadline | Existing Date | Stipulated New Date |
| --- | --- | --- |
| Non-Dispositive motions-Filing | January 14, 2020 | March 2, 2020 |
| Dispositive motions-Filing | January 14, 2020 | March 2, 2020 |
| Non-Dispositive Motion-Hearing | Feb. 12, 2020 | To be set by court |
| Dispositive Motion-Hearing | March 3, 2020 | To be set by court |
| Settlement Conference | March 24, 2020 | To be set by court |

10. A proposed order is submitted herewith.  The parties jointly request that the Court enter the proposed order.

SO STIPULATED.

Dated:  Jan. 9, 2020          MARGO A. RAISON, COUNTY COUNSEL


By:  /S/ Kathleen S. Rivera
    Kathleen S. Rivera, Deputy
    Attorneys for Defendant County of Kern

Dated:  Jan. 9, 2020          CHAIN, COHN, STILES


By:  /S/ Matthew C. Clark
    MATTHEW C. CLARK
    Attorney for the Plaintiffs

Dated:  Jan. 9, 2020          THE LAW OFFICE OF THOMAS C. SEABAUGH


By:  /S/ Thomas C. Seabaugh
    THOMAS C. SEABAUGH
    Attorney for the Plaintiffs

Dated:  Jan. 9, 2020          WEAKLEY & ARENDT, LLP


By:  /S/ James Weakley
    JAMES D. WEAKLEY
    Attorney for Defendant Clerico

**ORDER**

Pursuant to the parties' above second stipulation, (Doc. 120), for good cause shown, the scheduling order dates are MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Dispositive Motion Filing | January 14, 2020 | March 2, 2020 |
| Non-Dispositive Motion Hearing | February 12, 2020 | April 1, 2020 |
| Dispositive Motion Filing | January 14, 2020 | March 2, 2020 |
| Dispositive Motion Hearing | March 3, 2020 | April 21, 2020 at 9:30 a.m. |
| Settlement Conference | March 24, 2020 | April 30, 2020 at 10:30 a.m. |
| Pretrial Conference | May 18, 2020, at 1:30 p.m | Unchanged |
| Trial | July 14, 2020, at 8:30 a.m. | Unchanged |

IT IS SO ORDERED.

Dated: **January 13, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE